1
2
3
4

UNITED STATES DISTRICT COURT

5

NORTHERN DISTRICT OF CALIFORNIA

6
7

XIN LIN,

8

            Plaintiff(s),                          No. C 11-0619 PJH

9

    v.                                    **ORDER SCHEDULING TELEPHONIC**
                                          **CASE MANAGEMENT CONFERENCE**

10

CHI SHANG CHIANG,

11

            Defendant(s).
_____/

12
13
14
15
16
17
18
19

        One or more of the parties has requested to appear telephonically at the Case

Management Conference ("CMC") scheduled for **September 22, 2011, at, 2:00 p.m.**  The

courtroom is not equipped for telephonic appearances, but the court will conduct a

conference in chambers with **all** parties appearing telephonically before the regular CMC

calendar.  The conference will occur on **September 22, 2011 at 1:30 p.m.**  The

party/attorney requesting a telephonic appearance shall initiate the call to all parties and to

the court at (510) 637-1291.

        IT IS SO ORDERED.

20

Dated:  September 19, 2011

21

                                          _____
                                          PHYLLIS J. HAMILTON

22

                                          United States District Judge

23
24
25
26
27
28