**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **XIN LIN,**<br><br>      **Plaintiff,**<br><br>      vs.<br><br>**CHI SHANG CHIANG, D/B/A Sakura Japanese Cuisine**<br><br>      **Defendant.** | **Case No.: 11-CV-00619 YGR**<br><br>**ORDER TO SHOW CAUSE; AND DENYING REQUEST TO CONTINUE DISCOVERY CUTOFF** |

The parties' request to continue the discovery cutoff (Dkt. No. 25) is **DENIED**. This case has been at issue since May 2, 2011. On March 29, 2012, after this case was reassigned to the undersigned, the parties were notified that the Court does not have any available trial dates in February 2013. (*See* Dkt. No. 23.) The parties were ordered to notify the Court whether they would consent to the jurisdiction of a magistrate judge who can guarantee the parties' current trial date, and if the parties could not consent, then the parties were ordered to contact the Courtroom Deputy to schedule a case management conference for trial setting purposes. The parties never responded to the Court's March 29, 2012 Order.

By no later than **September 4, 2012**, the parties shall file written responses to this Order to Show Cause why they should not be sanctioned for failing to comply with the Court's Order. A hearing on this Order to Show Cause shall be held on **Friday, September 7, 2012**, on the Court's **9:01 a.m.** Calendar, in the Federal Courthouse, 1301 Clay Street, Oakland, California, Courtroom 5. Neither a special appearance nor a telephonic appearance will be permitted. Failure to file a written response or to appear personally will be deemed an admission that no good cause exists for the parties' failure to comply and that the imposition of monetary sanctions is appropriate.

**IT IS SO ORDERED.**

Date: August 28, 2012

                                                    **YVONNE GONZALEZ ROGERS**
                                                    **UNITED STATES DISTRICT COURT JUDGE**