| | |
|---|---|
| 1 | HARMEET DHILLON (SBN: 207873) |
|   | KEN LAU (SBN: 261354) |
| 2 | DHILLON & SMITH LLP |
|   | 177 Post Street, Suite 700 |
| 3 | San Francisco, CA 94108 |
|   | Tel:   (415) 433-1700 |
| 4 | Fax:   (415) 520-6593 |
|   | harmeet@dhillonsmith.com |
| 5 | klau@dhillonsmith.com |
| 6 | Attorneys for DEFENDANT CHI-SHANG CHIANG |

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| XIN LIN, | Case No.:   11-CV-00619 DMR |
| Plaintiff, | **NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL FOR DEFENDANT CHI-SHANG CHIANG; [PROPOSED] ORDER** |
| v. | |
| CHI-SHANG CHIANG D/B/A SAKURA JAPANESE CUISINE and DOES 1 through 10, | |
| Defendants. | |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Defendant Chi-Shang Chiang has retained Dhillon & Smith LLP to substitute as counsel in place of Law Offices of David J. Yang in the above-captioned matter.

Withdrawing counsel for Defendant Chi-Shang Chiang is:

David Jia-Yih Yang
Law Offices of David J. Yang
101 California Street, Suite 2450
San Francisco, CA 94111
(415) 982-7315 (telephone)
(415) 982-0497 (facsimile)
yangatty@yahoo.com

- 1 -

NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL; [PROPOSED] ORDER

1  All pleadings, orders, and notices should henceforth be served upon the following
2  substituted counsel for Defendant Chi-Shang Chiang:

3  Harmeet K. Dhillon
   Dhillon & Smith LLP
4  177 Post Street, Suite 700
   San Francisco, CA 94108
5  (415) 433-1700 (telephone)
   (415) 520-6593 (facsimile)
6  harmeet@dhillonsmith.com

7  Ken Lau
   Dhillon & Smith LLP
8  177 Post Street, Suite 700
   San Francisco, CA 94108
9  (415) 433-1700 (telephone)
   (415) 520-6593 (facsimile)
10 klau@dhillonsmith.com

11

12 The undersigned parties consent to the above withdrawal and substitution of counsel.

13

14 DATED: September 28, 2012        CHI-SHANG CHIANG D/B/A SAKURA
                                    JAPANESE CUISINE
15

16
                                    By: ___/s/_____
17                                      CHI-SHANG CHIANG

18

19 DATED: September 28, 2012        LAW OFFICES OF DAVID J. YANG

20

21                                  By: ___/s/_____
                                        DAVID JIA-YIH YANG
22

23

24 DATED: September 28, 2012        DHILLON & SMITH LLP

25

26                                  By: ___/s/_____
                                        HARMEET K. DHILLON
27

28

- 2 -
NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL; [           ] ORDER

1     I hereby attest that I obtained concurrence in the filing of this document from each
2 of the other signatories on this e-filed document.

4 DATED: September 28, 2012      DHILLON & SMITH LLP

6      By: ___/s/_____
               HARMEET K. DHILLON

8 The above withdrawal and substitution of counsel is approved and so ORDERED.

10 DATED: October 10, 2012

12      By: _____
          THE HON. DONNA M. RYU
          UNITED STATES MAGISTRATE JUDGE