1  HARMEET DHILLON (SBN: 207873)
   KEN LAU (SBN: 261354)
2  DHILLON & SMITH LLP
   177 Post Street, Suite 700
3  San Francisco, CA 94108
   Tel:   (415) 433-1700
4  Fax:   (415) 520-6593
   harmeet@dhillonsmith.com
5  klau@dhillonsmith.com

6  Attorneys for DEFENDANT CHI-SHANG CHIANG

7

8              UNITED STATES DISTRICT COURT

9          FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11 | XIN LIN,                                    | Case No.:   11-CV-00619 DMR
12 |           Plaintiff,                        | **NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL FOR DEFENDANT CHI-SHANG CHIANG; [PROPOSED] ORDER**
13 |     v.                                      |
14 | CHI-SHANG CHIANG D/B/A SAKURA JAPANESE CUISINE and DOES 1 |
15 | through 10,                                 |
16 |           Defendants.                       |

17

18

19 TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

20     PLEASE TAKE NOTICE that Defendant Chi-Shang Chiang has retained Dhillon &

21 Smith LLP to substitute as counsel in place of Law Offices of David J. Yang in the above-

22 captioned matter.

23 Withdrawing counsel for Defendant Chi-Shang Chiang is:

24 David Jia-Yih Yang
   Law Offices of David J. Yang
25 101 California Street, Suite 2450
   San Francisco, CA 94111
26 (415) 982-7315 (telephone)
   (415) 982-0497 (facsimile)
27 yangatty@yahoo.com

28

- 1 -
**NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL; [PROPOSED] ORDER**

1  All pleadings, orders, and notices should henceforth be served upon the following
2  substituted counsel for Defendant Chi-Shang Chiang:
3  Harmeet K. Dhillon
   Dhillon & Smith LLP
4  177 Post Street, Suite 700
   San Francisco, CA 94108
5  (415) 433-1700 (telephone)
   (415) 520-6593 (facsimile)
6  harmeet@dhillonsmith.com

7  Ken Lau
   Dhillon & Smith LLP
8  177 Post Street, Suite 700
   San Francisco, CA 94108
9  (415) 433-1700 (telephone)
   (415) 520-6593 (facsimile)
10 klau@dhillonsmith.com

11

12 The undersigned parties consent to the above withdrawal and substitution of counsel.

13

14 DATED: September 28, 2012              CHI-SHANG CHIANG D/B/A SAKURA
                                          JAPANESE CUISINE
15

16
                                          By: ___/s/_____
17                                            CHI-SHANG CHIANG

18

19 DATED: September 28, 2012              LAW OFFICES OF DAVID J. YANG

20

21                                        By: ___/s/_____
                                              DAVID JIA-YIH YANG
22

23

24 DATED: September 28, 2012              DHILLON & SMITH LLP

25

26                                        By: ___/s/_____
                                              HARMEET K. DHILLON
27

28

- 2 -
NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL; [          ] ORDER

I hereby attest that I obtained concurrence in the filing of this document from each of the other signatories on this e-filed document.

DATED: September 28, 2012        DHILLON & SMITH LLP

By: ___/s/_____
    HARMEET K. DHILLON

The above withdrawal and substitution of counsel is approved and so ORDERED.

DATED: October 10, 2012

By: _____
    THE HON. DONNA M. RYU
    UNITED STATES MAGISTRATE JUDGE

- 3 -
NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL; [PROPOSED] ORDER