UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

LIN, No. C 11-00619 DMR

        Plaintiff(s), **ORDER**

  v.

CHIANG,

        Defendant(s).

_____/

On November 10, 2012, the parties filed a stipulation to file a first amended complaint. [Docket No. 41.] However, the document attached to the stipulation appears to be a fusion of an outdated case management statement and a proposed amended complaint. The court therefore ORDERS that the parties refile the stipulation with a proper attachment no later than December 7, 2012.

IT IS SO ORDERED.

Dated: December 5, 2012

_____
DONNA M. RYU
United States Magistrate Judge

[STAMP: DENIED WITHOUT PREJUDICE — Judge Donna M. Ryu]