UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| XIN LIN, | No. C-11-00619 DMR |
| Plaintiff(s), | **ORDER VACATING FURTHER CASE MANAGEMENT CONFERENCE** |
| v. | |
| CHI SHANG CHIANG, ET AL, | |
| Defendant(s). | |

The court is in receipt of the parties' notice of settlement and request to vacate the Further Case Management Conference. [Docket No. 52]. The request is granted. The Further Case Management Conference previously scheduled for June 5, 2013 at 1:30 p.m. has been VACATED. The parties shall submit a status report regarding the settlement of this matter by no later than **July 5, 2013.**

IT IS SO ORDERED.

Dated: May 29, 2013

DONNA M. RYU
United States Magistrate Judge