| | |
|---|---|
| 1 | ADAM WANG, Bar. No. 201233 |
| | LAW OFFICES OF ADAM WANG |
| 2 | P.O. BOX 10881 |
| | Pleasanton, CA 94588 |
| 3 | Telephone:   (408) 292-1040 |
| | Facsimile:    (408) 416-0248 |
| 4 | adamqwang@gmail.com |
| 5 | Attorney for Plaintiff Xin Lin |
| 6 | KEN LAU (SBN: 261354) |
| | DHILLON & SMITH LLP |
| 7 | 177 Post Street, Suite 700 |
| | San Francisco, CA 94108 |
| 8 | Tel:    (415) 433-1700 |
| | Fax:   (415) 520-6593 |
| 9 | klau@dhillonsmith.com |
| 10 | Attorneys for Defendants Chi-Shang Chiang and Sakura Menu, Inc. |

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| XIN LIN, | Case No.:   11-CV-00619 DMR |
| Plaintiff, | **JOINT STIPULATION FOR DISMISSAL AND [PROPOSED] ORDER THEREON** |
| v. | |
| CHI-SHANG CHIANG D/B/A SAKURA JAPANESE CUISINE and DOES 1 through 10, | |
| Defendants. | |

TO THE COURT AND TO ALL PARTIES:

Plaintiff Xin Lin and Defendants Chi-Shang Chiang and Sakura Menu, Inc. stipulate to and jointly request that this Court enter a dismissal with prejudice of Plaintiff's complaint in the above-entitled action pursuant to Fed. R. Civ. P. 41(a)(2).

Dated: July 5, 2013          LAW OFFICE OF ADAM WANG

By: /s/ Adam Wang
ADAM WANG
Attorneys for Plaintiff
Xin Lin

Dated: July 5, 2013          DHILLON & SMITH LLP

By: /s/ Ken Lau
KEN LAU
Attorneys for Defendants
Chi-Shang Chiang and Sakura Menu, Inc.

# [PROPOSED] ORDER

The Court having considered the stipulation of the parties, and good cause appearing, orders as follows:

1. The action is dismissed with prejudice in its entirety.
2. Each party shall bear its own costs and attorney's fees.

IT IS SO ORDERED.

Dated: July 10, 2013

JUDGE DONNA M. RYU