ADAM WANG, Bar. No. 201233
LAW OFFICES OF ADAM WANG
P.O. BOX 10881
Pleasanton, CA 94588
Telephone:   (408) 292-1040
Facsimile:    (408) 416-0248
adamqwang@gmail.com

Attorney for Plaintiff Xin Lin

KEN LAU (SBN: 261354)
DHILLON & SMITH LLP
177 Post Street, Suite 700
San Francisco, CA 94108
Tel:   (415) 433-1700
Fax:   (415) 520-6593
klau@dhillonsmith.com

Attorneys for Defendants Chi-Shang Chiang and Sakura Menu, Inc.

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| XIN LIN,<br><br>    Plaintiff,<br><br>    v.<br><br>CHI-SHANG CHIANG D/B/A SAKURA JAPANESE CUISINE and DOES 1 through 10,<br><br>    Defendants. | Case No.:   11-CV-00619 DMR<br><br>**JOINT STIPULATION FOR DISMISSAL AND [PROPOSED] ORDER THEREON** |

TO THE COURT AND TO ALL PARTIES:

Plaintiff Xin Lin and Defendants Chi-Shang Chiang and Sakura Menu, Inc. stipulate to and jointly request that this Court enter a dismissal with prejudice of Plaintiff's complaint in the above-entitled action pursuant to Fed. R. Civ. P. 41(a)(2).

Dated: July 5, 2013                              LAW OFFICE OF ADAM WANG

                                                 By: /s/ Adam Wang
                                                     ADAM WANG
                                                     Attorneys for Plaintiff
                                                     Xin Lin

Dated: July 5, 2013                              DHILLON & SMITH LLP

                                                 By: /s/ Ken Lau
                                                     KEN LAU
                                                     Attorneys for Defendants
                                                     Chi-Shang Chiang and Sakura Menu, Inc.

### [PROPOSED] ORDER

The Court having considered the stipulation of the parties, and good cause appearing, orders as follows:

1. The action is dismissed with prejudice in its entirety.
2. Each party shall bear its own costs and attorney's fees.

IT IS SO ORDERED.

Dated: July 10, 2013

                                                 _____
                                                 JUDGE DONNA M. RYU